**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Joseph Edward Fornes, | No. CV-24-03610-PHX-KML |
| Plaintiff, | **ORDER** |
| v. | |
| Commissioner of Social Security Administration, | |
| Defendant. | |

On May 29, 2025, the court ruled plaintiff Joseph Edward Fornes had not exhausted his administrative remedies and was therefore unable to bring this lawsuit. (Doc. 14.) Summary judgment was granted and the case dismissed on that basis. Fornes filed a motion for reconsideration arguing he did exhaust his administrative remedies, but he supplied no evidence to support that claim. (*See* Doc. 16.) Nor did he advance any new arguments in his motion. Reconsideration is therefore not merited. *See Zimmerman v. City of Oakland*, 255 F.3d 734, 740 (9th Cir. 2001) (discussing factors for granting a motion for reconsideration under Fed. R. Civ. P. 59(e)).

**IT IS ORDERED** the Motion for Reconsideration (Doc. 16) is **DENIED**.

Dated this 16th day of June, 2025.

Honorable Krissa M. Lanham
United States District Judge